**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SHONNA D. DELAWARE**                                                               **PLAINTIFF**

**v.**                        **No. 4:15-CV–579-BRW-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Ms. Delaware's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Commissioner's decision is AFFIRMED and Ms. Delaware's claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 30th day of June, 2016.

                                                               /s/ Billy Roy Wilson
                                                               UNITED STATES DISTRICT JUDGE